UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                    CASE NO.: 16-17052-AJC

ALEJANDRO ALAN AZPURUA,                                CHAPTER 11

    Debtor.
_____/

UNITED STATES' MOTION TO
DISMISS DEBTORS' BANKRUPTCY CASE

    The United States of America, on behalf of the Internal Revenue Service (the "IRS"), hereby moves for an order dismissing the Debtor's bankruptcy case for cause, pursuant to Title 11, U.S.C. § 1112(b)(4)(N), and in support thereof states as follows:

FACTS

    1.    On April 29, 2016, Alejandro Alan Azpurua, (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

    2.    On July 21, 2017, the Debtor filed a *First Amended Joint Plan of Reorganization* [D.E. 148] (the "Plan").

    3.    On December 8, 2017, the Court entered an *Order (I) Confirming Debtors' First Amended Joint Plan of Reorganization, and (II) Setting Post-Confirmation Status Conference* [D.E. 207](the "Confirmation Order").

    4.    Under the confirmed Plan, the Debtor and the IRS reserved the right to reserve ruling and jurisdiction with respect to the Debtor's obligation to the IRS, *see* Confirmation Order, page 22, ¶ (b) Alejandro Alan Azpurua, which states in part:

**Class 1 (Allowed Secured Tax Claims)**

**Azpurua has prepetition tax liability and notes the filing of a secured tax claim by the Internal Revenue Service (Claim No. 1-4) in the secured amount of $71,258.30 (the "Azpurua IRS Claim"). Azpurua disputes the Azpurua IRS Claim and has objected to same [ECF No. 156 in the Azpurua Bankruptcy Case] resulting in a contested matter before this Court. In connection therewith, the IRS and the Debtors have agreed to reserve ruling and jurisdiction on the Azpurua IRS Claim for purposes of Plan Confirmation and this Confirmation Order. All parties' claims, rights and defenses shall be reserved with respect to the contested matter. As part of the parties' agreement, Azpurua shall amend his claim objection on or before December 22, 2017 (the "Amended Claim Objection"). Thereafter, the IRS shall have thirty (30) days to respond to the Amended Claim Objection. Upon resolution of the Amended Claim Objection in a contested matter before this Court, all allowed secured tax claims will be paid pursuant to the Bankruptcy Code.**

5. On December 22, 2017, the Debtor filed an *Amended Objection to Claim No. 1-4 of the Internal Revenue Service* [D.E. 212] (the "Objection").

6. On January 19, 2018, the IRS filed *United States of America's Response to Debtor, Alejandro Alan Azpurua's Amended Objection to Claim 1-4 of the Internal Revenue Service* [D.E. 213] (the "Response").

7. On June 21, 2018, the Court entered an *Agreed Order on Amended Objection to Claim No. 1-4 of The Internal Revenue Service* [D.E. 244](the "Agreed Order") with respect to the Objection and the Response.

8. The Agreed Order stated in part:

> **2.     With respect to Claim 1-4, as there is no equity in the subject property, the IRS shall have an allowed secured claim in the amount of $0.00.**
> **3.     The IRS shall have an allowed priority claim in the amount $180,851.72 to be paid in equal monthly installments with interest at the IRS rate in effect at confirmation over a period not longer than five (5) years from the Effective Date of the confirmed Plan.**
> **4.     All other and further amounts claimed by the IRS under Claim 1-4 shall be categorized as an allowed general unsecured claim to be paid consistent with the terms of the Court's Order (I) Confirming Debtors' First Amended Joint Plan of Reorganization, and (II) Setting Post-Confirmation Status Conference [ECF No. 207] (the "Confirmation Order").**
> **5.     The discharge granted by 11 U.S.C. § 1141(d) is modified as to the federal tax debt provided for through this Order and, as incorporated, into the confirmed Plan, and the discharge of any federal tax debt under the confirmed**

**Plan shall not be effective until all of the federal tax debt provided for has been paid in accordance with this Order and the confirmed Plan.**

9. The IRS hereby moves for an order dismissing the bankruptcy case entered because of the Debtor's material default under the confirmed Plan.

## ARGUMENT

10. Under Title 11, U.S.C. § 1112(b), upon the request of a party in interest, a court may dismiss a bankruptcy case "for cause." Title 11, U.S.C. § 1112(b).

11. "Cause includes 'material default by the debtor with respect to a confirmed plan.'" In re Sundale, Ltd., 471 B.R. 300, 303 (Bankr. S.D. Fla. 2012)(citing Title 11, U.S.C. § 1112(b)(4)(N)).

12. Here, the Debtor has materially defaulted with respect to the confirmed Plan because the Debtor has failed to make payments pursuant to the Plan. The Debtor currently owes $182,034.32 in plan payments.

13. Accordingly, sufficient cause exists to dismiss the Debtor's bankruptcy case.

14. Alternatively, the United States seeks relief from the stay, pursuant to Title 11, U.S.C. § 362(d), due to the Debtor's material default under the Chapter 11 Plan.

**WHEREFORE,** the United States requests that: (i) the Debtor's bankruptcy case be dismissed pursuant to Title 11, U.S.C. § 1112(b)(4)(N); or (ii) alternatively, that the Court enter an order providing the United States with relief from the stay pursuant to Title 11, U.S.C. § 362.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: s/ RaychelleTasher
    Raychelle Tasher
    Assistant United States Attorney

> FL Bar No. 109291
> E-mail: Raychelle.Tasher@usdoj.gov
> United States Attorney's Office
> 99 N.E. 4th Street, Suite 300
> Miami, Florida 33132
> Tel: 786-439-3185
> Fax: 305-530-7139
> *Counsel for United States of America*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 2, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail to all parties listed on the attached mailing matrix.

**VIA CM/ECF:**

**16-17052-AJC Notice will be electronically mailed to:**

Gregg S. Ahrens, Esq. on behalf of Creditor U.S. BANK NA,
gahrens@kahaneandassociates.com,
bkecf@kahaneandassociates.com;mdixon@kahaneandassociates.com;2334149420@filings.docketbird.com

Gregg S. Ahrens, Esq. on behalf of Creditor U.S. Bank NA
gahrens@kahaneandassociates.com,
bkecf@kahaneandassociates.com;mdixon@kahaneandassociates.com;2334149420@filings.docketbird.com

Adam A Diaz on behalf of Creditor U.S. BANK NA,
adiaz@shdlegalgroup.com, southerndistrict@shdlegalgroup.com

Frederic J Dispigna on behalf of Creditor Bank of America, N.A.
fdispigna@mlg-defaultlaw.com, mlgfl-bk@mlg-defaultlaw.com;ecf@mlg-defaultlaw.com;MLGBK@ecf.courtdrive.com

Lara R Fernandez on behalf of Creditor Dawn REO, LLC as assignee of Dawn Beneficiary LLC, as assignee of Dawn Grantor Trust, as assignee of Aurora Bank, FSB, f/k/a Lehman Brothers Bank, FSB
lrfernandez@trenam.com, mmosbach@trenam.com;mwoods@trenam.com

James H Fierberg on behalf of Mediator James Fierberg
jhfpa@bellsouth.net

4

Marc Granger on behalf of Creditor U.S. BANK NA,
mgranger@kahaneandassociates.com,
bkecf@kahaneandassociates.com;tforeman@kahaneandassociates.com;8163622420@filings.docketbird.com;5456272420@filings.docketbird.com

Marc Granger on behalf of Creditor U.S. Bank NA
mgranger@kahaneandassociates.com,
bkecf@kahaneandassociates.com;tforeman@kahaneandassociates.com;8163622420@filings.docketbird.com;5456272420@filings.docketbird.com

Joshua C Kligler on behalf of Creditor U.S. BANK NA,
joshua.kligler@dunnlawpa.com, rbasnueva@dunnlawpa.com

Joshua C Kligler on behalf of Creditor U.S. Bank NA
joshua.kligler@dunnlawpa.com, rbasnueva@dunnlawpa.com

Zakarij N Laux on behalf of Creditor United States of America, IRS
zakarij.laux@usdoj.gov, shannon.patterson@usdoj.gov;milton.pacheco@usdoj.gov

Stephanie C Lieb on behalf of Creditor Dawn Grantor Trust, as assignee of Aurora Bank, FSB, f/k/a Lehman Brothers Bank, FSB
slieb@trenam.com, mmosbach@trenam.com,mwoods@trenam.com,tyatsco@trenam.com

Stephanie C Lieb on behalf of Creditor Dawn REO, LLC as assignee of Dawn Beneficiary LLC, as assignee of Dawn Grantor Trust, as assignee of Aurora Bank, FSB, f/k/a Lehman Brothers Bank, FSB
slieb@trenam.com, mmosbach@trenam.com,mwoods@trenam.com,tyatsco@trenam.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Chad P Pugatch, Esq. on behalf of Debtor Alejandro Alan Azpurua
cpugatch.ecf@rprslaw.com

Gavin N Stewart on behalf of Creditor BMW Bank of North America
bk@stewartlegalgroup.com

Gavin N Stewart on behalf of Creditor BMW Financial Services NA, LLC
bk@stewartlegalgroup.com

Raychelle A Tasher on behalf of Creditor United States of America, IRS
Raychell.tasher@usdoj.gov, Milton.Pacheco@usdoj.gov;Shannon.Patterson@usdoj.gov

Leslie S White on behalf of Creditor 21st Mortgage Corporation
lwhite@deanmead.com, bransom@deanmead.com

George L. Zinkler on behalf of Debtor Alejandro Alan Azpurua
gzinkler.ecf@rprslaw.com

**and VIA U.S. MAIL to all parties listed on the attached mailing matrix on May 2, 2022**

                                              *s/    RaychelleTasher*
                                                  Raychelle Tasher

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 16-17052-AJC<br>Southern District of Florida<br>Miami<br>Mon May  2 11:20:05 EDT 2022 | 21st Mortgage Corporation<br>Dean Mead<br>420 S. Orange Ave, Suite 700<br>Orlando, FL 32801-4911 | BMW Bank of North America<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BMW Bank of North America<br>c/o Ascension Capital Group<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Financial Services NA, LLC<br>P.O. Box 5703<br>Clearwater, FL 33758-5703 | Bank of America, N.A.<br>Marinosci Law Group, P.C.<br>c/o Frederic Dispigna, Esq.<br>100 West Cypress Creek Road<br>Suite 1045<br>Fort Lauderdale, FL 33309-2191 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | U.S. BANK NA,<br>PO BOX 19519<br>Fort Lauderdale, FL 33318-0519 | U.S. Bank NA<br>Kahane and Associates, P.A.<br>Gregg S. Ahrens, Esq.<br>8201 Peters Road, Suite 3000<br>Plantation, FL 33324-3292 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | (p)21ST MORTGAGE CORPORATION<br>PO BOX 477<br>KNOXVILLE TN 37901-0477 | All Florida Pest Control<br>c/o Law Office of Joel Cardis, P.A.<br>2600 Swede Road<br>Suite 100<br>Norristown, PA 19401 |
| (p)ALLIED INTERNATIONAL CREDIT CORP US<br>6800 PARAGON PLACE<br>SUITE 400<br>RICHMOND VA 23230-1654 | Amazon<br>c/o Synchrony Bank<br>PO Box 960013<br>Orlando, FL 32896-0013 | BMW of North America, LLC<br>300 Chestnut Ridge Road<br>Woodcliff Lake, NJ 07677-7731 |
| Bank of America<br>PO Box 942019<br>Simi Valley, CA 93094-2019 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Blue Water Pool Services<br>2950 Glades Circle<br>Suite 7<br>Fort Lauderdale, FL 33327-2290 |
| Brandsmart USA<br>c/o Synchrony Bank<br>PO Box 960061<br>Orlando, FL 32896-0061 | Capital One<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Carmen Azpurua<br>11400 NW 4th Street<br>Fort Lauderdale, FL 33325-2506 | Citibank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Citibank, N.A.<br>Business Banking<br>PO Box 9241<br>Uniondale, NY 11555-9241 |
| Dawn Grantor Trust<br>99 High Street<br>7th Floor<br>Boston, MA 02110-2320 | Dawn REO LLC (c/o Capital Crossing)<br>Stephanie C. Lieb, Esq.<br>Trenam Law<br>PO Box 1102<br>Tampa, FL 33601-1102 | Dolphin Gas Systems<br>1614 NE 205th Terrace<br>Miami, FL 33179-2110 |
| FISERV<br>PO Pox 2168<br>Columbus, OH 43216-2168 | Fuerst Ittleman David & Joseph, P.L.<br>1001 Brickell Bay Drive<br>Floor 32<br>Miami, FL 33131-4905 | Gulf Shores Marina, LLC<br>3470 Bayshore Drive<br>Naples, FL 34112-6362 |

| | | |
|---|---|---|
| Integral Casre, C.A.<br>Av. Cedeno<br>Monte de Oca, Edif. Torre Empresarial<br>Nivel 17, Piso 24 Ofic. 17-E<br>Zona Centro Valencia, Venezuela | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Philadelphia, PA 19255-0525 |
| Jared Galleria<br>PO Box 740425<br>Cincinnati, OH 45274-0425 | (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Marshland Emergency Phys, LLC<br>PO Box 37869<br>Philadelphia, PA 19101-0169 |
| Mercedes Benz Financial<br>PO Box 685<br>Roanoke, TX 76262-0685 | Miami-Dade County Tax Collector<br>140 West Flagler Street<br>14th Floor<br>Miami, FL 33130-1561 | OC Landscaping<br>15001 SW 9th Street<br>Sunrise, FL 33326-1942 |
| Pablo Torres<br>11400 NW 4th Street<br>Fort Lauderdale, FL 33325-2506 | Palmetto West Park Condo Association, In<br>c/o Law Office of Stuart Nunez, P.A.<br>10691 N. Kendall Drive<br>Suite 206<br>Miami, FL 33176-1595 | Pro Enterprises USA, Inc.<br>7758 NW 46th Street<br>Unit 26<br>Miami, FL 33166-5460 |
| ProLine Cargo USA, Inc.<br>7758 NW 46th Street<br>Unit 26<br>Miami, FL 33166-5460 | ProMedCo., Inc.<br>7758 NW 48th Street<br>Unit 26<br>Miami, FL 33166 | Riverside Military Academy<br>c/o Credit Bureau Systems, Inc.<br>PO Box 9200<br>Paducah, KY 42002-9200 |
| Room To Go<br>c/o Synchrony Financial<br>PO Box 960061<br>Orlando, FL 32896-0061 | Sachs Sax Caplan, P.A.<br>6111 Borken Sound NW<br>Suite 200<br>Boca Raton, FL 33487-3644 | Sallie Mae Services<br>PO Box 9435<br>Wilkes Barre, PA 18773-4600 |
| Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | Select Portfolio Servicing, Inc.<br>PO Box 65277<br>Salt Lake City, UT 84165-0277 | Sterling Jewelers, Inc.<br>dba Jared The Galleria of Jewelry<br>c/o Buckley King LPA<br>600 Superior Avenue East, Suite 1400<br>Cleveland, Ohio 44114-2693 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | US Attorney General<br>US Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0009 |
| US BANK, NA<br>c/o Select Portfolio Servicing, Inc<br>POB 65250<br>Salt Lake city, UT 84165-0250 | US District Attorney Office<br>500 E. Broward Blvd.<br>Fort Lauderdale, FL 33394-3000 | US Securities and Exchange Commission<br>Office of Reorganization<br>950 East Paces Ferry Road, Suite 900<br>Atlanta, GA 30326-1382 |
| Alejandro Alan Azpurua<br>11400 NW 4th Street<br>Plantation, FL 33325-2506 | Chad P Pugatch Esq.<br>101 NE 3 Ave Suite 1800<br>Ft. Lauderdale, FL 33301-1252 | George L. Zinkler<br>101 NE 3 Ave #1800<br>Fort Lauderdale, FL 33301-1252 |

| | | |
|---|---|---|
| James Fierberg<br>Common Ground Dispute Resolution LLC<br>3389 Sheridan St. #402<br>Hollywood, FL 33021-3606 | Laura Prioli<br>2025 Davis Blvd.<br>Naples, FL 34104-4206 | Steven F. Jacob<br>Fresh Start Tax, LLC<br>3696 N. Federal Highway #301<br>Ft. Lauderdale, FL 33308-6263 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| United States of America, IRS<br>U.S. Attorney's Office<br>c/o Raychell Tasher<br>99 N.E. 4th St 3rd Floor<br>Miami, FL 33132 | 21st Mortgage Corporation<br>PO Box 477<br>Knoxville, TN 37901 | Allied International Credit Corp.<br>6800 Paragon Place<br>Suite 400<br>Richmond, VA 23230 |
| Best Buy<br>PO Box 183195<br>Columbus, OH 43218 | Macy's<br>PO Box 78008<br>Phoenix, AZ 85062 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Dawn Grantor Trust, as assignee of Aurora | (u)Dawn REO, LLC as assignee of Dawn Benefici | (u)Miami |
| (d)BMW Bank of North America<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | (u)Ford Motor Credit | End of Label Matrix<br>Mailable recipients    62<br>Bypassed recipients     5<br>Total                  67 |